# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE POWELL YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>CLARK, *et al.*,<br><br>        Defendants. | Case No.  1:22-cv-01219-JLT-BAM (PC)<br><br>ORDER CONFIRMING RECEIPT OF FILING FEE |

   Plaintiff Tyrone Powell Young ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

   On November 18, 2022, the Court issued an order denying Plaintiff's motion for an order for CDCR to generate a cashier's check to pay the filing fee for this action, and granting Plaintiff a forty-five-day extension of time to pay the filing fee.  (ECF No. 18.)  On December 6, 2022, the Court received the $402.00 filing fee from Plaintiff's trust account.  (Receipt number #CAE100051758 $402.00 fbo Tyrone Young B96021 by State of California, dated December 6, 2022.)

   By the instant order, the Court confirms for Plaintiff that the $402.00 filing fee was received in full on December 6, 2022, and Plaintiff will be permitted to proceed in this action. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

   Dated:   **December 7, 2022**            /s/ *Barbara A. McAuliffe*            
                                                  UNITED STATES MAGISTRATE JUDGE

1