UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE POWELL YOUNG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, *et al.*,<br><br>　　　　　　Defendants. | No.  1:22-cv-01219-JLT-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. 26) |

　　　　The assigned magistrate judge screened Plaintiff's complaint and found that it stated cognizable claims against Defendants J. Webb, A. Loza, J. Flores, and the 5 John Doe Defendants for excessive force in violation of the Eighth Amendment, but it failed to state any other cognizable claims for relief against any other defendants.  (Doc. 23.)  The magistrate judge ordered Plaintiff to file a first amended complaint or to notify the Court of his willingness to proceed only on the cognizable claims identified by the Court.  (*Id.*)  On December 22, 2022, Plaintiff notified the Court of his willingness to proceed only on the cognizable claims against Defendants J. Webb, A. Loza, and J. Flores identified by the Court, as those are the three defendants he can positively identify.  (Doc. 25.)  Plaintiff further stated he does not have the legal knowledge, training, and expertise to articulate his claims against the other defendants included in the original complaint.  (*Id.*)

　　　　Pursuant to Plaintiff's notice, on December 23, 2022, the magistrate judge issued findings

1  and recommendations recommending that this action proceed on Plaintiff's complaint against
2  Defendants J. Webb, A. Loza, and J. Flores for excessive force in violation of the Eighth
3  Amendment.  (Doc. 26.)  The magistrate judge further recommended that all other claims and
4  defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be
5  granted.  (*Id.*)  The findings and recommendations were served on Plaintiff and contained notice
6  that any objections were to be filed within 14 days after service.  (*Id.* at 12.)  Following receipt of
7  Plaintiff's notice of change of address on January 6, 2023, the findings and recommendations
8  were re-served to Plaintiff's new address on January 9, 2023, and the objection deadline was
9  extended accordingly.

10  Plaintiff filed a timely response on February 1, 2023, acknowledging his receipt of the
11  findings and recommendations on January 12, 2023, and reiterating that he seeks only to proceed
12  on his cognizable claims against Defendants J. Webb, A. Loza, and J. Flores.  (Doc. 29.)

13  According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this
14  case.  Having carefully reviewed the entire file, including Plaintiff's response to the findings and
15  recommendations, the Court finds the findings and recommendations to be supported by the
16  record and by proper analysis. Thus, the Court **ORDERS**:

17  1. The findings and recommendations issued on December 23, 2022, (Doc. 26), are
18     **ADOPTED IN FULL**.
19  2. This action shall proceed on Plaintiff's complaint, filed September 19, 2022, (Doc. 1),
20     against Defendants J. Webb, A. Loza, and J. Flores for excessive force in violation of
21     the Eighth Amendment.
22  3. All other claims and defendants are **DISMISSED** from this action for failure to state
23     claims upon which relief may be granted.
24  ///
25  ///
26  ///
27  ///
28  ///

2

4. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated: __**February 6, 2023**__

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE