# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE POWELL YOUNG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01219-BAM (PC)<br><br>ORDER RESETTING SETTLEMENT CONFERENCE FROM JULY 19, 2023, AT 11:30 A.M. TO JULY 19, 2023, AT 12:30 P.M. |

This matter is set for settlement conference before Magistrate Judge Stanley A. Boone on July 19, 2023, at 11:30 p.m.  (ECF No. 41.)  Due to the Court's civil law and motion schedule, the settlement conference is HEREBY RESET to July 19, 2023, **at 12:30 p.m.** before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __**June 28, 2023**__　　　　　　　　　／s／ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1