# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE POWELL YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. LOZA, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-01219-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF No. 50)<br><br>**THIRTY DAY DEADLINE** |

The Court conducted a settlement conference in this action on July 19, 2023, at which the parties reached a settlement agreement. (ECF No. 50.)

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. The parties shall file dispositive documents within **thirty (30)** days of entry of this order.

IT IS SO ORDERED.

Dated:　**July 19, 2023**　　　　　　　　　　／s／ _____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1