# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE POWELL YOUNG,<br><br>  Plaintiff,<br><br>  v.<br><br>CLARK, *et al.*,<br><br>  Defendants. | Case No.: 1:22-cv-01219-BAM (PC)<br><br>ORDER THAT INMATE TYRONE POWELL YOUNG IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Tyrone Powell Young is appearing through counsel and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on July 19, 2023. Inmate Tyrone Powell Young, CDCR #B-96021, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **July 19, 2023**

UNITED STATES MAGISTRATE JUDGE