# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE POWELL YOUNG,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CLARK, *et al.*,<br><br>　　　　Defendants. | Case No.  1:22-cv-01219-BAM (PC)<br><br>ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(ECF No. 53) |

Plaintiff Tyrone Powell Young ("Plaintiff") is a state prisoner proceeding through counsel in this civil rights action under 42 U.S.C. § 1983.

Currently before the Court is a stipulation for voluntary dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), filed by defense counsel. (ECF No. 53.) The stipulation is signed and dated by counsel for Plaintiff and counsel for Defendants, and indicates that each party shall bear its own litigation costs and attorney's fees.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated:　**August 2, 2023**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE